## Commonwealth of Massachusetts

PLYMOUTH, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1683CV00967

Efrain Rivera, PLAINTIFF(S),

v.

National Railroad Passenger Corporation (AMTRAK), DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO National Railroad Passenger Corporation (Amtrak). (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Plymouth Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a. Filing your **signed original** response with the Clerk's Office for Civil Business, Plymouth Superior Court, 52 Obery Street, Suite 2041, Plymouth, MA 02360, by mail or in person, **AND**

b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: Owen O'Neill Law Group, LLC, 1600 Chapman St., Suite 4, Canton, MA 02021.

3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss. SUPERIOR COURT
C.A. NO.:

EFRAIN RIVERA,
Plaintiff

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),
Defendant

**COMPLAINT AND JURY CLAIM**

1. The plaintiff, Efrain Rivera ("the plaintiff"), is an individual who resides at 33 Coweeset Drive, Brockton, Plymouth County, Massachusetts.

2. The defendant, National Railroad Passenger Corporation ("AMTRAK"), is a railroad carrier with a principal place of business located at 60 Massachusetts Avenue, NE, Washington, District of Columbia, which is qualified to and regularly conducts business in the Commonwealth of Massachusetts, pursuant to 49 U.S Code §24301.

3. On and before November 7, 2014, AMTRAK, as a common carrier, operated trains carrying passengers between the different states of the United States and its territories.

4. On or about November 7, 2014, the plaintiff was returning home to Massachusetts from a business trip in Philadelphia, Pennsylvania when he boarded AMTRAK's Northeast Regional Train 94 bound for Boston, Massachusetts.

5. Upon boarding the overcrowded train, the plaintiff was unable to find a seat and was forced to sit on the ground near an unoccupied handicap spot. After the train left the Philadelphia station, the plaintiff was instructed by an AMTRAK employee to move from the floor of the train car where he was seated and to try to find a proper seat.

6. As the plaintiff attempted to stand and comply with the AMTRAK employee's request, the train suddenly lurched, causing the plaintiff to be propelled about the train car and sustain serious injuries to his left ankle and foot. The plaintiff's injuries were immediate and severe, and required Northeast Regional Train 94 to make an extended stop at the Newark Penn Station in Newark, New Jersey, so that the plaintiff could be removed from Northeast Regional Train 94 by

emergency medical personnel and transported by ambulance to the Emergency Department of University Hospital in Newark, New Jersey.

7. On or about November 7, 2014, AMTRAK owed a duty to properly and safely operate the train carrying the plaintiff, including but limited to, a duty to properly train and instruct the train crew on safe train operations and procedures, to properly oversee and control the movement of the train so as to avoid injuring passengers, and to warn the plaintiff of potentially dangerous conditions regarding the movement of the train.

8. On or about November 7, 2016, AMTRAK breached its duty of care to the plaintiff by negligently causing or permitting dangerous conditions to exist on the Northeast Regional Train 94 including, but not limited to, a lack of adequate seating for the plaintiff, failure to properly oversee and control safe movement of the train, and a lack of adequate warning regarding potentially dangerous conditions arising from sudden movements of the train.

9. As a direct and proximate result of the negligence of AMTRAK, its agents, servants, or employees, the plaintiff was suddenly and unexpectedly thrown about the train car and sustained severe and permanent physical injuries, suffered great pain of mind, required extensive hospital and medical care and treatment, lost time from work, and his ability to engage in normal and usual activities was adversely affected.

10. All of the property, equipment and operations involved in the plaintiff's accident on November 7, 2014 were owned by, and under the control of, AMTRAK, its agents, servants, and/or employees.

WHEREFORE, the plaintiff, Efrain Rivera, demands judgment against the defendant, National Railroad Passenger Corporation ("AMTRAK"), in an amount sufficient to compensate him for his losses and damages together with interest and costs.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

The Plaintiff,
EFRAIN RIVERA,
By his attorneys,

OWEN O'NEILL LAW GROUP, LLC

Owen R. O'Neill, BBO#: 552519
600 Chapman Street, Suite 4
Canton, Massachusetts 02021
339-502-8900
owen@oolawgroup.com

Ryan Toombs, BBO#: 679272
600 Chapman Street, Suite 4
Canton, Massachusetts 02021
339-502-8900
ryan@oolawgroup.com

Dated: September 30, 2016

| CIVIL ACTION COVER SHEET | **Trial Court of Massachusetts** SUPERIOR COURT DEPARTMENT COUNTY OF: **PLYMOUTH** | DOCKET NO. __________ |
|---|---|---|

| | |
|---|---|
| Plaintiff(s) **Efrain Rivera** | Defendant(s) **National Railroad Passenger Corporation (AMTRAK)** |
| **Attorney(s), Firm Name, Address, and Telephone** Owen R. O'Neill, Esq. Ryan Toombs, Esq. 600 Chapman Street, Suite 4 Canton, MA 02021 Tel: (339) 502-8900 Board of Bar Overseers # (Required) 552519, 679272 | Attorney(s) (if known) |

**ORIGIN CODE AND TRACK DESIGNATION**

Place an (x) in one box only:

( X ) 1. F01 Original Complaint
( ) 2. F02 Removal to Sup. Ct. c. 231, § 104 (F) (Before trial) (F)
( ) 3. F03 Retransfer to Sup. Ct. c. 231, § 102C (X)
( ) 4. F04 District Ct. Appeal c. 231, § 97 (X)
( ) 5. F05 Reactivated after Rescript; Relief from judgment/order (Mass. R. Civ. P. 60) (X)
( ) 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See Reverse Side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| **B04** | **Other Negligence-Personal Injury** | **( F )** | **( X) Yes** **( ) No** |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damages claims; indicate single damages only.**

**TORT CLAIMS**

(Attach additional sheets as necessary)

| | | |
|---|---|---|
| A. Documented medical expenses to date: | | |
| 1. Total hospital expenses | Approx. | $15,000.00 |
| 2. Total Doctor expenses | Approx. | $0.00 |
| 3. Total chiropractic | | |
| 4. Total physical therapy | Approx. | $6,000.00 |
| 5. Total other expenses -Pain Management | Approx. | $17,500.00 |
| | **Subtotal** | $38,500.00 |
| B. Documented lost wages and compensation to date | Approx | $100,000.00 |
| C. Documented property damage to date | | |
| D. Reasonably anticipated future medical and hospital expenses | | unknown |
| E. Reasonably anticipated lost wages | | $500,000.00 |
| F. Other documented items of damages (describe) | | |

G. Brief description of plaintiff's injury, including nature and extent of injury (describe): As a direct result of the November 7, 2014 incident on AMTRAK Northeast Regional Train No. 94, the plaintiff, then a 38 year old retail salesman with T-Mobile, sustained tibiotalar joint effusion with fibrotic strands, a possible tear of the calcaeneobibular ligament and other serious injuries to his left ankle and foot, and has developed Reflex Sympathetic Dystrophy (RSD)/Complex Regional Pain Syndrome (CPRS) which causes him chronic dibilitating pain and loss of function in his left lower extremity. The plaintiff is still treating for his injuries and remains out of

TOTAL **$638,500.00**

**CONTRACT CLAIMS**

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record of Plaintiff [signature]
Owen R. O'Neill

Date 9/30/2016

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>1683CV00967 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Efrain Rivera vs. National Railroad Passenger Corporation (AMTRACK) | | Robert S. Creedon, Jr., Clerk of Courts |
| TO: National Railroad Passenger Corporation (AMTRACK)<br>, | | COURT NAME & ADDRESS<br>Plymouth County Superior Court - Plymouth<br>52 Obery Street - Suite 2041<br>Plymouth, MA 02360 |

**TRACKING ORDER - F - Fast Track**

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION** — **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/03/2017 | |
| Response to the complaint filed (also see MRCP 12) | | 01/31/2017 | |
| All motions under MRCP 12, 19, and 20 | 01/31/2017 | 03/02/2017 | 04/03/2017 |
| All motions under MRCP 15 | 01/31/2017 | 03/02/2017 | 04/03/2017 |
| All discovery requests **and depositions** served and non-expert despositions completed | 07/31/2017 | | |
| All motions under MRCP 56 | 08/29/2017 | 09/28/2017 | |
| Final pre-trial conference held and/or firm trial date set | | | 01/26/2018 |
| Case shall be resolved and judgment shall issue by | | | 10/03/2018 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| **10/03/2016** | | |